## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3916          Assigned/Issued By: AEE

Judge Name: NORGLE             Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                           _____
☐ Wage-Deduction Garnishment Summons       _____
                                           (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                           ☐ Other
☐ Writ _____               _____
    (Type of Writ)                         _____
                                           (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                      (Date)
_____

_____