AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

NORTHERN DISTRICT OF ILLINOIS
Eastern Division

MASONRY INSTITUTE, BRICKLAYERS
LOCAL 21 PENSION FUND, DISTRICT
COUNCIL TRAINING CENTER FUND,
AND BRICKLAYERS AND STONE
MASONS OF ILLINOIS DISTRICT COUN-
CIL NO. 1 B.A.C. ANNUITY TRUST FUND,
Plaintiffs,
v.

RICK CLARK, INDIVIDUALLY AND
d/b/a R & W CLARK CONSTRUCTION, INC.,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08CV3916

JUDGE NORGLE

JUDGE:   MAGISTRATE JUDGE VALDEZ

TO: (Name and Address of Defendant)

Rick Clark, individually and d/b/a R & W Clark Construction, Inc.
19418 - 97th Avenue
Mokena, IL 60448

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK

July 10, 2008

Date

BY DEPUTY CLERK

| | | |
|---|---|---|
| ClientCaseID: ROBERT<br>Law Firm ID: ASHER | <br>*192090A* | CaseReturnDate: 8/10/08<br>Affidavit of Special Process Sever |

## UNITED STATES DISTRICT COURT

Case Number **08CV3916**

**I, ANNA CANOLE**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **RICK CLARK, IND. AND D/B/A R & W CLARK CONSTRUCTION, INC.**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY  7/16/08

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** MALE  **Race** WHITE  **Age** 50S
**Height** 5'10"  **Build** AVERAGE  **Hair** SALT & PEPPER

LOCATION OF SERVICE  **17733 LILAC LANE TINLEY PARK, IL,**

Date Of Service  7/16/08    Time of Service  7:32 PM

*Anna Canole*  7/21/2008
ANNA CANOLE
**Special Process Sever**
P.E.R.C.#129-203615

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

*Anna Canole*

Total:  $55.00