**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Masonry Institute, Bricklayers Local 21 Pension
Fund, et al.

                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−03916
                                                      Honorable Charles R. Norgle
                                                      Sr.

Rick Clark

                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, August 29, 2008:


        MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for default
judgment [7] is granted. Motion hearing held on 8/29/2008. Civil case terminated. Mailed
notice(ewf, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.