Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 3916 | DATE | 8/29/2008 |
| CASE TITLE | MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND vs. RICK CLARK AND R 7 W CONSTRUCTION, INC. | | |

**DOCKET ENTRY TEXT**

Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 29 PM 4:05
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | EF |
|---|---|---|