IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MASONRY INSTITUTE, BRICKLAYERS )
LOCAL 21 PENSION FUND, DISTRICT )
COUNCIL TRAINING CENTER FUND, )
AND BRICKLAYERS AND STONE )
MASONS OF ILLINOIS DISTRICT COUN- )
CIL NO. 1 B.A.C. ANNUITY TRUST FUND, )
)
                      Plaintiffs, )    Case No. 08C 3916
    v. )
)    Judge Norgle
RICK CLARK, INDIVIDUALLY AND )
d/b/a R & W CLARK CONSTRUCTION, )    Mag. Judge Valdez
INC., )
)
                      Defendant. )

## JUDGMENT ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That Defendant, RICK CLARK, INDIVIDUALLY AND d/b/a R & W CLARK CONSTRUCTION, INC., having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

2. The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

3. That judgment in the amount of FORTY NINE THOUSAND TWO HUNDRED SEVENTY-EIGHT AND 71/100 DOLLARS ($49,278.71) which amount includes Court costs in the amount of FOUR HUNDRED AND FIVE AND 00/100 DOLLARS ($405.00) and attorney's fees in the amount of ONE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($1,200.00) is entered against RICK CLARK, INDIVIDUALLY AND d/b/a R & W CLARK CONSTRUCTION, INC., and in favor of MASONRY INSTITUTE, BRICKLAYERS LOCAL 21 PENSION FUND, and BRICKLAYERS LOCAL 21 OF ILLINOIS APPRENTICESHIP AND TRAINING PROGRAM, and

BRICKLAYERS AND STONE MASONS OF ILLINOIS DISTRICT COUNCIL NO. 1 B.A.C. ANNUITY TRUST FUND.

    4.    That Defendant shall comply with and perform according to the terms and conditions of its Collective Bargaining Agreement with Local 21.

    5.    The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

DATED: 8/29/08

ENTER:

_____
U.S. District Court Judge

ROBERT B. GREENBERG
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558